✎ AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following ☐ Patents or    X   Trademarks:

| DOCKET NO.<br>06-194 | DATE FILED<br>3/23/06 | U.S. DISTRICT COURT<br>Delaware |
|---|---|---|
| PLAINTIFF<br> Swimc Inc. | | DEFENDANT<br> Fine Paints of Europe Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 383,644 | 12/17/40 | Swimc |
| 2 | 383,848 | 12/24/40 | Swimc |
| 3 | 1,138,132 | 07/29/80 | Swimc |
| 4 | 1,138,549 | 08/12/80 | Swimc |
| 5 | 1,161,535 | 07/21/81 | Swimc |
| | 1,566,662 | 11/21/89 | Swimc |
| | 1,668,160 | 12/17/91 | Swimc |
| | 1,798,998 | 10/19/93 | Swimc |
| | 1,990,177 | 07/30/96 | Swimc |
| | 1,995,725 | 08/20/96 | Swimc |
| | 2,524,224 | 01/01/02 | Swimc |
| | 2,529,143 | 01/15/02 | Swimc |
| | 2,535,631 | 02/05/02 | Swimc |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

✎ AO 120 (Rev. 3/04)

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|-------|-------------------|------|
| Peter T. Dalleo | | 3/24/06 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**