AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SWIMC, INC.
a corporation

**SUMMONS IN A CIVIL CASE**

V.

FINE PAINTS OF EUROPE, INC.
a corporation

CASE NUMBER:  4

TO: (Name and address of Defendant)

John V. Lahey, Jr.            Fine Paints of Europe, Inc.
Chief Executive Officer       P.O. Box 419
P.O. Box 419                  Route 4 West
Woodstock, VT 05091           Woodstock, VT 05091

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEVIN J. MANGAN, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
(302) 656-8162

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           3/23/06

CLERK                                      DATE

*Monica Mosley* (signature)

(By) DEPUTY CLERK

≎AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** |
| Service of the Summons and complaint was made by me[(1)] | DATE  April 11, 2006 |
| NAME OF SERVER (PRINT)  Thomas Demers | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Fine Paints of Europe, Inc
  Route 4 West Woodstock VT 05091

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Patsy Schneider, Assistant to John V. Lahey JR

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 11, 2006      _[signature]_
                Date              Signature of Server

PO Box 371 Hartford VT 05047
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.